IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

           Plaintiff and Counter-Defendant,

v.

ESTATE OF SALLY PERGOLSKI,

        Defendant,

CHASE BORUCH,

        Defendant, Counter-Claimant and
        Cross-Claimant,

        and

JAMIE PERGOLSKI,

        Defendant and Cross-Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-324-wmc

---

This action came for consideration before the court with District Judge
William M. Conley presiding.  The issues have been considered and a decision has been
rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff:

(1) granting plaintiff American General Life Insurance Company's motion for

entry of order of final decree of interpleader without attorney's fees and costs as follows:

        (a)  American General is granted leave to deposit its admitted liability in
        the amount of $500,000 into the registry of this court within 45 days;
        (b)  upon deposit, Chase Boruch, Jamie Pergolski, both individually and in
        her position as administrator of the Estate, and the Estate of Sally Pergolski
        are all currently and perpetually restrained and enjoined from instituting or

prosecuting any proceedings against American General Life Insurance Company in any way relating to the policy in dispute or its proceeds; (c) upon deposit, all liens against the proceeds of the policy asserted by or on behalf of the claimants, including any and all attorneys' liens, costs, fees and charges, are also hereby resolved and of no force or effect; and (d) the court issues these injunctions without requiring any further bond or surety.

(2) Upon receipt of the proceeds, the clerk of the court shall promptly transfer the proceeds to the probate clerk of Marathon County for distribution as it sees fit in Case No. 12-PR-25.

IT IS FURTHER ORDERED AND ADJUDGED that all other claims, including counterclaims and cross-claims are dismissed.

Approved as to form this 29th day of November, 2012.

William M. Conley
District Judge

Peter Oppeneer, Clerk of Court

NOV 30 2012

Date